UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SUON, JEFFREY PAY, and ANDY MEAN, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; et al.<br><br>    Defendants. | Case No.: C 07-01770 MMC<br><br>[~~PROPOSED~~] **ORDER CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed: March 28, 2007 |

Good case appearing therefore, and the parties having so stipulated, the court hereby orders as follows:

That the deadline for completion of private mediation with the Honorable Raul Ramirez is extended to June 30, 2008.

That the case management conference set for May 30, 2008 is continued to ~~August 8, 2008~~ August 22, 2008 at 10:30 a.m.

That the parties shall file a joint case management conference statement no later than ~~August 1, 2008.~~ August 15, 2008.

IT IS SO ORDERED.

DATED: February 19, 2008

                                                                MAXINE M. CHESNEY
                                                                 United States District Judge

24902/425663

-1-

[PROPOSED] ORDER CONTINUING MEDIATION DEADLINE & CASE MANAGEMENT CONFERENCE
*Lisa Suon vs. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 07-01770 CW