Mark E. Merin (State Bar No. 043849)
Joshua Kaizuka (State Bar No. 212195)
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95811
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336

Attorneys for PLAINTIFFS

Gregory J. Rockwell (SBN 67305)
**BOORNAZIAN, JENSEN & GARTHE**
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SUON, JEFFREY PEY, ANDY MEAN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>   vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY PROBATION DEPARTMENT; ALAMEDA COUNTY CHIEF PROBATION OFFICER DONALD H. BLEVINS, in his individual and official capacity; ALAMEDA COUNTY ASSISTANT CHIEF PROBATION OFFICER SHEILA L. FOSTER, in her individual and official capacity; ALAMEDA COUNTY ASSISTANT CHIEF PROBATION OFFICER RICHARD A. MUENCH, in his individual and official capacity; ALAMEDA COUNTY DEPUTY CHIEF OF JUVENILE FACILITIES WILLIAM E. FENTON, in his individual and official capacity,<br><br>          Defendants. | Case No. CV 07-01770MMC<br><br>**STIPULATED REQUEST TO VACATE CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER**<br><br>DATE:   August 22, 2008<br>TIME:   10:30 a.m.<br>CTRM:  7<br>JUDGE:  Hon. Maxine M. Chesney |

     IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Case Management Conference currently set for August 22, 2008, be vacated.  The

1

reasons for this request are as follows:  On August 8, 2008, the parties filed a Stipulated Motion for Preliminary Approval of Provisional Settlement Class and Settlement of Class Action which is scheduled to be heard before this Court on August 22, 2008.  The parties do not envision a need to consult with the Court further before the Fairness Hearing which is expected to be scheduled sometime in February of 2009. If such a need arises, the parties will contact the Court. Accordingly, the parties do not believe that there is any need for a further case management conference before the Fairness Hearing and jointly request that the Court vacate the Case Management Conference set for August 22, 2008.

DATED: August 15, 2008          Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

BY:  /s/ - "Mark E. Merin"
Mark E. Merin
Attorney for Plaintiffs

DATED: August 15, 2008          Respectfully submitted,

BOORNAZIAN, JENSEN & GARTHE

BY:  /s/ - "Gregory J. Rockwell"
Gregory J. Rockwell, Esq.
Attorney for Defendant
COUNTY OF ALAMEDA

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference presently set for August 22, 2008 is vacated.   The motion for preliminary approval remains as scheduled for August 22, 2008

IT IS SO ORDERED.

DATED: August 18, 2008

HON. MAXINE M. CHESNEY
JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**STIPULATED REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
*Suon, et al. v. Alameda County, et al.*: USDC, No. Dist., Case No. C 07-1770 MMC