Mark E. Merin (State Bar No. 043849)
Joshua Kaizuka (State Bar No. 212195)
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95811
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336

Attorneys for PLAINTIFFS

Gregory J. Rockwell (SBN 67305)
**BOORNAZIAN, JENSEN & GARTHE**
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SUON, JEFFREY PEY, ANDY MEAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY PROBATION DEPARTMENT; ALAMEDA COUNTY CHIEF PROBATION OFFICER DONALD H. BLEVINS, in his individual and official capacity; ALAMEDA COUNTY ASSISTANT CHIEF PROBATION OFFICER SHEILA L. FOSTER, in her individual and official capacity; ALAMEDA COUNTY ASSISTANT CHIEF PROBATION OFFICER RICHARD A. MUENCH, in his individual and official capacity; ALAMEDA COUNTY DEPUTY CHIEF OF JUVENILE FACILITIES WILLIAM E. FENTON, in his individual and official capacity,<br><br>        Defendants. | Case No. CV 07-01770MMC<br><br>~~AMENDED~~ ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION<br><br>DATE:    August 22, 2008<br>TIME:     9:00 a.m.<br>CTRM:    7<br>JUDGE:  Hon. Maxine M. Chesney |

\\\

\\\

\\\

1

**AMENDED ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION**
*Suon, et al. v. Alameda County, et al.*: USDC, No. Dist., Case No. C 07-1770 MMC

WHEREAS, plaintiffs LISA SUON, JEFFREY PEY, and ANDY MEAN, on behalf of themselves and all persons similarly situated, by and through his attorney, Mark E. Merin of the Law Office of Mark E. Merin, and defendants, COUNTY OF ALAMEDA, ALAMEDA COUNTY PROBATION DEPARTMENT, ALAMEDA COUNTY CHIEF PROBATION OFFICER DONALD H. BLEVINS, ALAMEDA COUNTY ASSISTANT CHIEF PROBATION OFFICER SHEILA L. FOSTER, ALAMEDA COUNTY ASSISTANT CHIEF PROBATION OFFICER RICHARD A. MUENCH, and ALAMEDA COUNTY DEPUTY CHIEF OF JUVENILE FACILITIES WILLIAM E. FENTON, by and through their counsel, Gregory J. Rockwell of the law firm Boornazian, Jensen & Garthe, have entered into a Stipulation of Settlement intending to resolve all claims raised in this class action pending in this Court;

WHEREAS, the Stipulation of Settlement, together with the supporting materials, sets forth the terms and conditions for a proposed settlement and dismissal with prejudice of the pending above-captioned class action against all defendants;

WHEREAS, the Court has before it and has reviewed the parties' Stipulated Motion for Preliminary Approval of Settlement of Class Action together with the Stipulation of Settlement and supporting materials; and

WHEREAS, the Court is satisfied that the terms and conditions set forth in the Stipulation of Settlement were the result of good faith, arms' length settlement negotiations between competent and experienced counsel for both plaintiffs and defendants, after mediation before the Honorable Raul Ramirez (Retired);

IT IS HEREBY ORDERED AS FOLLOWS:

I.  PRELIMINARY APPROVAL OF SETTLEMENT

1. The terms of the Stipulation of Settlement are hereby preliminarily approved and the class is preliminarily certified, subject to further consideration thereof at the Fairness Hearing provided for below. The Court finds that the settlement is sufficiently within the range of reasonableness and that notice of the proposed settlement should be given as provided in this Order.

**AMENDED ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION**
*Suon, et al. v. Alameda County, et al.*: USDC, No. Dist., Case No. C 07-1770 MMC

2. The Court further finds that plaintiffs LISA SUON, JEFFREY PEY and ANDY MEAN are adequate class representatives for the settlement class.

3. The Court further finds that plaintiffs' counsel Mark E. Merin of the Law Office of Mark E. Merin is adequate class counsel.

4. The Court approves the Notice of Proposed Settlement of Class Action Strip Search Case attached hereto as Exhibit A and further approves the method by which notice is proposed to be given.

5. If, pursuant to the terms of the Stipulation of Settlement, the settlement is not consummated, the preliminary approval of the Stipulation of Settlement and the preliminary certification of the class shall be void and the parties shall have reserved all of the rights to continue with any litigation or further mediation or settlement discussions.

6. The Bar Date, as defined in paragraph 2 of the Stipulation of Settlement shall be **January 16, 2009.**

II. **NOTICE TO SETTLEMENT CLASS MEMBERS, APPROVAL OF CLASS COUNSEL, AND EMPLOYMENT OF CLASS CLAIM ADMINISTRATOR**

7. Counsel for the class ("class counsel") is as follows:

Mark E. Merin, Esq.
Law Office of Mark E. Merin
2001 P Street, Suite 100
Sacramento, CA 95811
(916) 443-6911 - Telephone
(916) 447-8336 - Facsimile

8. Counsel for defendants are as follows:

Gregory J. Rockwell, Esq.
Boornazian, Jensen & Garthe
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

\\\

**AMENDED ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION**
*Suon, et al. v. Alameda County, et al.*: USDC, No. Dist., Case No. C 07-1770 MMC

9. Class Claims Administrator is as follows:

   Gilardi and Company, LLC
   P.O. Box 8060
   San Rafael, CA 94912-8060
   (415) 461-0410 - Telephone
   (800) Toll Free Number to be arranged.
   (415) 461-0412 – Facsimile

10. On or before October 14, 2008, counsel for the parties acting with the Class Claims Administrator shall cause to be disseminated the Notice and Claim Form, substantially in the form attached hereto as Exhibits A and B, in the manner set forth in paragraphs 55 through 58 of the Stipulation of Settlement. Such summary notice as the parties agree will be published in accordance with the Stipulation of Settlement and announcements following a script approved by the parties will be made on such radio stations with the frequency provided in the Stipulation of Settlement. Class members will have up to and including **January 16, 2009,** in which to object to this settlement or file claims. Prior to the Fairness Hearing, the Claims Administrator shall file and serve a sworn statement attesting to compliance with the provisions of this paragraph.

11. The notice to be provided as set forth in the Stipulation of Settlement is hereby found to be the best means practicable of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement and of the Fairness Hearing to all persons and entities affected by and/or entitled to participate in the settlement, in full compliance with applicable statutes and Constitution of the state of California, due process, the Constitution of the United States and all other applicable laws. The notices are accurate, objective, informative and provide class members with all of the necessary information to make an informed decision regarding their participation in the settlement and its fairness.

**12.** Counsel for the respective parties are authorized to retain Gilardi and Company, LLC, P.O. Box 8060, San Rafael, CA 94912-8060, as Class Claims Administrator in accordance with the Stipulation of Settlement and this Order.

4

III. REQUESTS FOR EXCLUSION FROM THE SETTLEMENT CLASS

13. Any member of the Settlement Class who wishes to be excluded ("Opt Out") from the Settlement Class must send a written request for exclusion to the Court at the address indicated in the Notice, postmarked on or before the Bar Date. The request for exclusion shall fully comply with the requirements set forth in the Stipulation of Settlement. Members of the Settlement Class may not exclude themselves by filing requests for exclusions as a group or class, but must, in each instance, individually and personally execute a request for exclusion and timely transmit it to the Court.

14. Any member of the Settlement Class who does not properly and timely request exclusion from the Settlement Class shall be bound by all of the terms and provisions of the Stipulation of Settlement, including but not limited to the releases, waivers, and covenants described in the Stipulation of Settlement, whether or not such person objected to the settlement and whether or not such person made a claim under the terms of the Stipulation of Settlement.

IV. THE FAIRNESS HEARING

15. A hearing on final approval, the "Fairness Hearing," is hereby scheduled to be held before this Court on **February 27, 2009,** at **9:00 a.m**., to consider the fairness, reasonableness, and adequacy of the proposed settlement, the dismissal with prejudice of this class action complaint with respect to the released parties herein, and the entry of final judgment in the class action. Class counsels' application for an award of attorneys' fees and costs shall be heard at the time of the Fairness Hearing. The motion for final approval and class counsels' application for an award of attorneys' fees and costs shall be filed no later than February 13, 2009.

16. The date and time of the Fairness Hearing shall be set forth in the Notice, but the Fairness Hearing shall be subject to adjournment by the Court without further notice to the members of the settlement class other than that which may be issued by the Court.

\\\

5

AMENDED ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION
*Suon, et al. v. Alameda County, et al.*: USDC, No. Dist., Case No. C 07-1770 MMC

17. Any person who does not elect to be excluded from the settlement class may, but need not, enter an appearance through his or her own attorney. Settlement class members who do not enter an appearance through their own attorneys will be represented by class counsel.

18. Any person who does not elect to be excluded from the settlement class may, but need not, submit comments or objections to the proposed settlement. Any class member may object to the proposed settlement, entry of the final order and judgment approving the settlement, and class counsels' application for fees and expenses by filing and serving a written objection.

19. Any class member making the objection (an "objector") must sign the objection personally. Any objection must state why the objector objects to the proposed settlement and provide the basis to support such position. If an objector intends to appear personally at the Fairness Hearing, the objector must include with the objection a notice of the objector's intent to appear at the hearing.

20. Objections, along with any notice of intent to appear, must be filed with the Court no later than January 16, 2009.  If counsel is appearing on behalf of more than one class member, counsel must identify each such class member and each class member must have complied with the requirements of this order. The documents must be filed with the clerk of the Court at the following address: United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102.

21. Objections, along with any notice of intent to appear, must also be mailed to class counsel and counsel for defendants at the addresses listed below:

Counsel for the class ("class counsel") is as follows:

> Mark E. Merin, Esq.
> Law Office of Mark E. Merin
> 2001 P Street, Suite 100
> Sacramento, CA 95814
> (916) 443-6911 - Telephone
> (916) 447-8336 - Facsimile

6

**AMENDED ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION**
*Suon, et al. v. Alameda County, et al.*: USDC, No. Dist., Case No. C 07-1770 MMC

Counsel for defendants are as follows:

> Gregory J. Rockwell, Esq.
> Boornazian, Jensen & Garthe
> A Professional Corporation
> 555 12th Street, Suite 1800
> P. O. Box 12925
> Oakland, CA 94604-2925
> Telephone: (510) 834-4350
> Facsimile: (510) 839-1897

22. Only class members who have filed and served valid and timely notices of objection shall be entitled to be heard at the Fairness Hearing. Any class member who does not timely file and serve an objection in writing to the settlement, entry of final order and judgment, or to class counsels' application for fees and expenses, in accordance with the procedure set forth in the class notice and mandated in the order, shall be deemed to have waived any such objection by appeal, collateral attack, or otherwise.

23. Persons wishing to be heard at the Fairness Hearing are required to file written comments or objections and indicate in their written comments or objections their intention to appear at the Fairness Hearing. Settlement class members need not appear at the hearing or take any other action to indicate their approval.

24. All members of the settlement class who do not personally and timely request to be excluded from the class are enjoined from proceeding against the defendants until such time as the Court renders a final decision regarding approval of the settlement and, if the settlement is approved, enters final judgment as provided in the Stipulation of Settlement.

## V.  OTHER PROVISIONS

25. Upon approval of the settlement provided for in the Stipulation of Settlement, each and every term and provision thereof shall be deemed incorporated herein as if expressly set forth and shall have the force and effect of an order of this Court.

26. All reasonable costs incurred in notifying members of the settlement class as well as administering the Stipulation of Settlement shall be paid as set forth in the Stipulation of Settlement.

**AMENDED ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION**
*Suon, et al. v. Alameda County, et al.*: USDC, No. Dist., Case No. C 07-1770 MMC

1  IT IS SO ORDERED.

2  DATED:  August 28, 2008               _____
3                                         HON. MAXINE M. CHESNEY
                                          JUDGE OF THE UNITED STATES DISTRICT COURT
4                                         NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

**AMENDED** **ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION**
*Suon, et al. v. Alameda County, et al.*: USDC, No. Dist., Case No. C 07-1770 MMC

# EXHIBIT A

# NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION STRIP SEARCH CASE

**If you were booked and strip searched at the Alameda County Juvenile Hall on or before April 11, 2007, and had not reached the age of 20 by March 28, 2007, you will be entitled to monetary compensation under a strip search class action settlement.**

A class action strip search lawsuit is presently pending in the United States District Court for the Northern District of California. The parties have proposed a Settlement which, if it receives final approval, will provide that persons booked and strip searched at the Alameda County Juvenile Hall on or before April 11, 2007, who had not reached the age of 20 by March 28, 2007, will be eligible to receive money. Records of the Alameda County Juvenile Hall and the Alameda County Probation Department show that you are a member of the class entitled to recover monetary compensation. To receive compensation in this pending settlement, **you must fill out and mail a claim form.** DO NOT CONTACT THE COUNTY OF ALAMEDA, THE ALAMEDA COUNTY PROBATION DEPARTMENT OR THE ALAMEDA COUNTY JUVENILE HALL REGARDING THIS SETTLEMENT.

**IF YOU WISH TO CLAIM MONETARY COMPENSATION, YOU MUST OBTAIN, FILL OUT AND MAIL A CLAIM FORM AS SOON AS POSSIBLE BUT NO LATER THAN JANUARY 16, 2009.**

For more information, please read this notice.

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.
YOU ARE ENTITLED TO RECEIVE COMPENSATION.**

There is now pending in the United States District Court, Northern District of California, a class action filed on behalf of all persons booked and strip searched at the Alameda County Juvenile Hall on or before April 11, 2007, and had not reached the age of 20 by March 28, 2007. A Stipulation of Settlement, approved preliminarily by the Court, defines the class and sub-classes included in this settlement as follows:

   a.   All juveniles booked and strip searched at Alameda County Juvenile Hall on or before April 11, 2007, who had not reached the age of 20 by March 28, 2007;

   b.   The sub-class of juveniles who were booked solely on misdemeanor, infraction, ordinance violation, or other non-felony offenses not involving violence, drugs or weapons, and strip searched during the period of their incarceration;

   c.   The sub-class of all juveniles booked at Alameda County Juvenile Hall on felony charges not involving violence, drugs or weapons who were strip searched during the period of their incarceration.

You have received this Notice either because records maintained by the Alameda County Juvenile Hall and/or the Alameda County Probation Department indicate that you are in the settlement class or you contacted the Claims Administrator and requested a Claim Form. Whether or not you qualify as a class member will be based solely upon the records of the Alameda County Juvenile Hall and/or the Alameda County Probation Department. If these records do not contain your name and show you to be within the definition of the class, you will not qualify.

This Notice is to inform you that a settlement has been proposed in this action and that, as a potential class member, your rights may be affected by the settlement. This Notice also summarizes the terms and effect of the proposed settlement, what you can do to participate in it, how you may obtain money under the settlement, and what you must do if you choose to exclude yourself from the class.

## SUMMARY OF THE PROPOSED TERMS

A Settlement Agreement ("Settlement") was entered into after extensive negotiations between the parties, conducted with the assistance of a third party mediator. The Parties are requesting that the Court approve the Settlement.

**A.   Parties to the Settlement.**

The parties to the Settlement are the Plaintiffs in *Suon, et al. v. Alameda County, et al.*, United States District Court Case No. C 07-01770 MMC, which was filed by Plaintiffs on behalf of themselves and the Settlement Class, and various defendants including

Alameda County, Alameda County Probation Department, Alameda County Chief Probation Officer Donald H. Blevins, Alameda County Assistant Chief Probation Officer Sheila L. Foster, Alameda County Assistant Chief Probation Officer Richard A. Muench, and Alameda County Deputy Chief of Juvenile Facilities William E. Fenton.  Counsel for the class is Mark E. Merin of the Law Office of Mark E. Merin, 2001 P Street, Sacramento, CA  95811.

B. **Defendants Do Not Admit Any Liability**

Plaintiffs allege that the acts and/or omissions which are the subject of the claims covered by these action (strip searches) violated various federal laws.  Defendants deny all allegations of wrongdoing and deny any liability to plaintiffs or to any other class members.  The parties have agreed that, in order to avoid long and costly litigation, this controversy should be settled pursuant to the terms of the settlement as described in this Notice, subject to the approval of the Court.

C. **Monetary Terms of Settlement**

    a. **Payment of Claims**

Defendants shall pay up to $4,286,660.00 under the terms of the settlement which will be referred to as the Class Fund.

In addition to funds reserved for the payment of Class Claims, Class Counsel will receive, subject to approval of the Court, $1,000,000.00 as attorney's fees and reimbursement costs and expenses.  Up to $250,000.00 will be allocated for the costs of claim administration.

    b. **Payment to Representative Plaintiffs**

Under the terms of the settlement, three representative plaintiffs will receive a total of $225,000.00 to be allocated among them.

    c. **Payment to Class Members Who File Claims**

Money for the class will be paid out as follows:

For each booking, up to two (2), at the Alameda County Juvenile Hall, during the class period, after being arrested on any charge including violence drugs or weapons as identified on the charge list attached as Exhibit 2 to the Stipulation of Settlement, you shall receive Five Hundred Dollars ($500.00) if the arrest was solely for a misdemeanor charge, or Three Hundred Dollars ($300.00) for each such booking if the arrest was for a felony charge.

For each booking, up to two (2), at Alameda County Juvenile Hall during the class period on charges not involving violence, drugs or weapons and not listed on the charge list attached as Exhibit 2 to the Stipulation of Settlement, you shall receive Two Thousand, Five Hundred Dollars ($2,500.00) if the charges on which you were booked were solely misdemeanors, provided that you had not been previously booked at Alameda County Jail during the previous five (5) years on a charge listed on that charge list; or One Thousand, Five Hundred Dollars ($1,500.00) for each such booking, up to a maximum of two (2) bookings, if the charges on which you were booked included a felony.

After all claims have been validated and values assigned to each claim, the Claims Administrator will total all claims.  If the total value of all validated claims is equal to or less than Two Million, Eight Hundred Eleven Thousand, Six Hundred Dollars ($2,811.600.00), claims shall be paid as set out below.  If the total value of all validated claims exceeds Two Million, Eight Hundred Eleven Thousand, Six Hundred Dollars ($2,811,600.00), the value of each claim will be proportionately reduced so that the sum of all validated claims equals Two Million, Eight Hundred Eleven Thousand, Six Hundred Dollars ($2,811,600.00), and such sums shall be paid out as set out below.  If you have a Debt Owed to the County, or have outstanding court-ordered restitution or child support obligations, up to a maximum of fifty percent (50%) of your award will be deducted to pay that debt or court ordered restitution or child support, but you will be given an opportunity to object to any such deduction.  If you are under 18 at the time a check is mailed for payment of your claim, the check will be restricted so that it will have to be deposited in a blocked account and funds therefrom may only be withdrawn after you reach the age of 18.

D. **Strip Search Policy**

Defendants now have promulgated revised strip search policies regarding the conduct of strip searches which defendants believe conform with state and federal law.

E.   **Your Options as a Class Member**

    1.   **Be Bound by, and Participate in the Settlement.**

<span style="color:red">TO QUALIFY FOR A PAYMENT</span> you must submit a completed Claim Form to the Claims Administrator. If you receive a notice by First Class Mail, a Claim Form with a self-addressed, stamped return envelope will be included in the notice package. You may also get a Claim Form by: (1) calling this toll free number: 1-888-312-0813**;** (2) visiting the website www.suonvalamedacounty.com; or (3) writing the Claims Administrator at: **Alameda County Juvenile Strip Search Class Action, c/o Claims Administrator, P.O. Box 8060, San Rafael, CA 94912-8060.**  If you are in custody of Alameda County, during the claims period, claim forms and self-addressed envelopes will be available from the supervisors at the institution in which you are incarcerated.

You have until January 16, 2009, to submit a claim or to exclude yourself from the settlement.

Mail your completed Claim Form to: **Alameda County Juvenile Strip Search Class Action, c/o Claims Administrator, P.O. Box 8060, San Rafael, CA 94912-8060.  DO NOT CONTACT THE COUNTY OF ALAMEDA, THE ALAMEDA COUNTY PROBATION DEPARTMENT OR THE ALAMEDA COUNTY JUVENILE HALL REGARDING THIS SETTLEMENT.**

Remember, if you do not submit a Claim Form, you cannot get a payment. If you submit a claim form, you will be bound by the settlement and receive money (if you are a class member).  If you do not submit a claim form but do not exclude yourself from the class (as explained in the next paragraph), you will be bound by the terms of the Settlement and dismissal entered in this case, but you will not receive any money.

By participating in this Settlement you will be waiving all your rights to all claims up to and including March 27, 2007, relating to strip searches at the Alameda County Juvenile Hall, even those of which you are not presently aware.

    2.   **Exclude Yourself From the Class**

You do not have to take part in the Settlement or be a member of the class. This is called "excluding" yourself. If you exclude yourself, you cannot get a payment and you cannot object to the Settlement. Any Court orders will not apply to you.  To exclude yourself, you must sign a request for exclusion letter that states that you want to be excluded from *Suon, et al. v. Alameda County, et al.*, United States District Court, Northern District, Case No. CV 07-01770 MMC.  Your exclusion letter must be mailed and postmarked before **January 16, 2009**, to: **United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.**

If you do not follow these instructions properly, you will lose your right to exclude yourself.  If you exclude yourself, you cannot get any money from the Settlement of this case and you cannot tell the Court you do not like the Settlement (which is called "objecting"). If you exclude yourself, you are no longer part of the class or the Settlement. But you may be able to sue to be part of a different lawsuit about the claims in this case.

F.   **Fairness Hearing and Process for Objections.**

A fairness hearing will be held on **February 27, 2009**, at 9:00 a.m., in Courtroom 7, 19th Floor at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California.  If you are a class member and do not exclude yourself, you can tell the Court you do not like the Settlement or some part of it at this hearing. This is called objecting to the Settlement. For example, you can say you do not think the Settlement is fair or adequate.  The Court will consider your views.

To object, you must send a letter to the court that contains all of the following:

    1.   The name and title of the lawsuit, *Suon, et al. v. Alameda County, et al.*, United States District Court Case No. CV 07-01770 MMC;

    2.   A statement of each objection you have and the facts that support the objections;

    3.   A description of any law or case supporting the objections;

    4.   A statement on whether or not you or your lawyer will ask to appear at the Fairness Hearing to talk about your objections, and, if so, how long you will need to present your objections; and

    5.   Copies of any documents you or your lawyer will present at the Fairness Hearing.

At the hearing on the proposed settlement, the Court may schedule further hearings without further notice to the class. The matters considered at such future hearings may include, but shall not be limited to, further consideration of the fairness and adequacy of the proposed settlement, the determination of the settlement of individual claims filed by class members, consideration of the request for attorneys' fees and reimbursement of costs and expenses to class counsel, and the form and entry of the final judgment of dismissal in the event the proposed settlement is approved by the court.

Individually, or through counsel, any class member has the right to object to the proposed Settlement as a whole, to the amount of attorneys' fees and costs of Class Counsel, or to any portion of either. ALL SUCH OBJECTIONS MUST BE FILED IN WRITING ON OR BEFORE JANUARY 16, 2009, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 450 GOLDEN GATE AVENUE, SAN FRANCISCO, CALIFORNIA 94102, ATTENTION: CLERK, RE: *SUON, ET AL. V. ALAMEDA COUNTY, ET AL.*, UNITED STATES DISTRICT COURT CASE NO. CV 07-01770 MMC. If you wish to appear and present your objections at the fairness hearing, you must also submit a Notice of Intention to Appear that identifies the case, contains your name and address, and explains the reason the appearance is desired. The Notice of Intention to Appear and any objections must be filed with the Court on or before January 16, 2009. You may be represented by your own attorney. If you are to be represented by an attorney at the hearing, his or her name, address and telephone number must be included in the Notice of Intention to Appear as well.

A copy of the Statement of Objection and/or Notice of Intention to Appear must also be mailed to: Mark E. Merin, Law Office of Mark E. Merin, 2001 P Street, Suite 100, Sacramento, CA 95814; and Gregory J. Rockwell, Boornazian, Jensen & Garthe, P. O. Box 12925, Oakland, CA 94604-2925.

### G.     How to Obtain Further Information

For additional information regarding the Settlement and Claim Form, or a copy of the Settlement Agreement, Claim Form or Class Counsel's Application for Attorney's Fees, you or your counsel should contact: **Alameda County Juvenile Strip Search Class Action, c/o Claims Administrator, P.O. Box 8060, San Rafael, CA 94912-8060.** You may also check the Class Administrator's website at www.suonvalamedacounty.com or call 1-888-312-0813. You may also obtain detailed information about the case by examining the Court file located in the office of the Clerk of the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. **DO NOT CONTACT THE COUNTY OF ALAMEDA, THE ALAMEDA COUNTY PROBATION DEPARTMENT OR THE ALAMEDA COUNTY JUVENILE HALL REGARDING THIS SETTLEMENT.**

### H.     Court Approval.

Although the Court has reviewed the proposed Settlement, no decision has been, or will be, reached by the Court, until the Fairness Hearing. This Notice does not indicate that the Court has approved the Settlement.

**EXHIBIT B**



# CLAIM FORM

**Must be Received by January 16, 2009**

**ALAMEDA COUNTY JUVENILE HALL
STRIP SEARCH LAWSUIT
CLASS ACTION CLAIM FORM**
*SUON, ET AL. V. ALAMEDA COUNTY, ET AL.*
**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
CASE NO. CV 07-01770 MMC**

## SUON1

**FILL OUT THIS FORM IF:**

YOU WERE BOOKED AND STRIP SEARCHED AT ALAMEDA COUNTY JUVENILE HALL ON OR BEFORE APRIL 11, 2007, AND HAD NOT REACHED THE AGE OF 20 BY MARCH 28, 2007.

**YOU MUST COMPLETE AND SUBMIT THIS CLAIM FORM NO LATER THAN JANUARY 16, 2009,** to qualify for payment from settlement of this class action strip search case against the County of Alameda and others. If you do not return a completed claim form by the due date you will receive **no money** from the settlement. **DO NOT CONTACT THE COUNTY OF ALAMEDA, THE COUNTY PROBATION DEPARTMENT OR THE COUNTY OF ALAMEDA JUVENILE HALL REGARDING THIS SETTLEMENT.**

**CLASS ACTION CLAIM FORM**

«BARCODE»   SUON1--«CLAIM7»-«CKDIG»
«FIRSTNAME»
«LASTNAME»
«ADDR1»
«ADDR2»
«CITY» «ST» «ZIP»
«PHONE NUMBER»  «CA. DRIVERS LICENSE NO.:»
«DATE OF BIRTH»   «NAME OF PARENT OR GUARDIAN»

**Please enter your correct name, address and other information if it does not appear correctly above:**

Last Name:

First Name:

Address:

Telephone Number (Day):

Telephone Number (Evening):

City:

State:

Zip Code:

Social Security Number:

CA. Drivers License No.:

Date of Birth:

Name of Parent or Guardian:

If you were booked and strip searched at Alameda County Juvenile Hall on or before April 11, 2007, and had not reached the age of 20 by March 28, 2007, you are a member of the settlement class and will be entitled to recover money.

Your entitlement to money and the amount you will receive will be determined solely by the records maintained by Alameda County and the Alameda County Probation Department.

**SUMMARY OF SETTLEMENT TERMS**

For each booking at the Alameda County Juvenile Hall, during the class period, after being arrested on any charge involving violence, drugs or weapons, you shall receive Five Hundred Dollars ($500.00) for each such booking, if the arrest was solely for a misdemeanor charge, or Three Hundred Dollars ($300.00) for each such booking if the arrest was for a felony charge, up to a maximum of two (2) bookings total.

For each booking at Alameda County Juvenile Hall during the class period on charges not involving violence, drugs or weapons, you shall receive Two Thousand, Five Hundred Dollars ($2,500.00) if the charges on which you were booked were solely misdemeanors, up to a maximum of two (2) bookings, provided that you had not been previously booked at Alameda County Jail during the previous five (5) years on a charge involving violence, drugs or weapons; or One Thousand, Five Hundred Dollars ($1,500.00) for each such booking, up to a maximum of two (2) bookings, if the charges on which you were booked included a felony.





The above amounts paid out on individual claims are subject to being proportionately reduced if the value of all claims submitted exceeds $2,811,600.00.  Up to 50% of the award to persons who owe debts to the County or owe court-ordered restitution or child support will be withheld and paid to the County to reduce or discharge the debts and/or to discharge or pay down the court-ordered restitution or child support.

The representative plaintiffs will share $225,000.00; the class counsel will receive $1,000,000.00 for fees, costs and expenses, subject to court approval, and the Claims Administrators will receive up to $250,000.00.

**ANSWER THIS QUESTION:**

**WERE YOU BOOKED AND STRIP SEARCHED PRIOR TO A DETENTION HEARING AT THE ALAMEDA COUNTY JUVENILE HALL ON OR BEFORE APRIL 11, 2007?**     YES ○     NO ○

**IF YOU ARE 18 YEARS OF AGE OR OLDER, YOU MUST SIGN THIS CLAIM FORM.**

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT.

**CLAIMANTS MUST SIGN THIS FORM:**

Dated: _____    Signature: _____

**FOR CLAIMANTS UNDER 18, A PARENT OR GUARDIAN, IF AVAILABLE, MUST SIGN THIS FORM:**

If you are under the age of 18 at the time you submit this claim form, you must provide the name, address and telephone number of a parent or guardian, and the parent or guardian must sign this claim form if the parent or guardian is readily available to you. If you have no parent or guardian or no parent or guardian is available to you, you may sign on your own behalf. If you are under 18 at the time a check is mailed for payment of your claim, the check will be restricted so that it will have to be deposited in a blocked account and funds therefrom may only be withdrawn after you reach the age of 18.

**PARENT OR GUARDIAN:**

**THE CLAIMANT NAMED ABOVE IS A MINOR AND, AS THE PARENT OR GUARDIAN, I AM AUTHORIZED TO SUBMIT THIS CLAIM ON HIS/HER BEHALF, AND I DO SO UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA.**

Dated: _____

Please Print Name of Parent or Guardian: _____

Signature of Parent or Guardian- or claimant if no parent or Guardian is available: _____

Address:

Telephone Number (Day): ___-___-____    Telephone Number (Evening): ___-___-____

Use return envelope and mail the completed claim form to: Class Claim Administrator: **Alameda County Juvenile Strip Search Class Action, c/o Claims Administrator, P.O. Box 8060, San Rafael, CA 94912-8060. DO NOT CONTACT THE COUNTY OF ALAMEDA, THE COUNTY PROBATION DEPARTMENT OR THE COUNTY OF ALAMEDA JUVENILE HALL REGARDING THIS SETTLEMENT.**

The information given here is private and will remain confidential, subject to the provisions of California law which may require the disclosure of the information provided.  If you have any questions about this lawsuit, write to the Claims Administrator at Alameda County Juvenile Hall Strip Search Class Action, c/o Claims Administrator, P.O. Box 8060, San Rafael, CA 94912-8060, or visit our website at www.suonvalamedacounty.com.

**THIS CLAIM FORM MUST BE SIGNED AND RETURNED WITH A POSTMARK NO LATER THAN JANUARY 16, 2009.**

**If you would like your settlement check mailed to an address other than that on the first page of the Claim Form, provide it here: (Address if different) to which settlement check should be mailed:**

Address:

City:                State:    Zip Code:

*SUON1SECOND*           2