Mark E. Merin (State Bar No. 043849)
Joshua Kaizuka (State Bar No. 212195)
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for PLAINTIFFS

Gregory J. Rockwell (State Bar No. 67305)
**BOORNAZIAN, JENSEN & GARTHE**
A Professional Corporation
555 12 Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SUON, JEFFREY PEY, ANDY MEAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY PROBATION DEPARTMENT; ALAMEDA COUNTY CHIEF PROBATION OFFICER DONALD H. BLEVINS, in his individual and official capacity; ALAMEDA COUNTY ASSISTANT CHIEF PROBATION OFFICER SHEILA L. FOSTER, in her individual and official capacity; ALAMEDA COUNTY ASSISTANT CHIEF PROBATION OFFICER RICHARD A. MUENCH, in his individual and official capacity; ALAMEDA COUNTY DEPUTY CHIEF OF JUVENILE FACILITIES WILLIAM E. FENTON, in his individual and official capacity,<br><br>Defendants. | Case No. CV 07-01770MMC<br><br>~~AMENDED~~ PROTECTIVE ORDER FOR DISCLOSURE OF RECORDS AND INFORMATION ~~[PROPOSED]~~<br><br>DATE:  August 22, 2008<br>TIME:  9:00 a.m.<br>CTRM:  7<br>JUDGE: Hon. Maxine M. Chesney |

Based on the Stipulated Motion for Preliminary Approval of Provisional Settlement Class and

Settlement of Class Action and Order thereon, and good cause appearing therefore:

1

1  ////

2  ////

3  ////

4   IT IS HEREBY ORDERED that personnel of the Alameda County Probation Department and Alameda County Information Technology Department who are authorized to access records in the databases maintained by Alameda County may access those records, including records ordered sealed by the Alameda County Superior Courts, for the purposes of determining the identities of the individual members of the Settlement Class, their last known addresses, the identities and last known address of their parents or legal guardians, dates of birth, social security numbers, dates of bookings, charges and information reflecting whether the Settlement Class Member was on searchable probation at the time of booking of all Settlement Class Members arrested during the Class Period.

   IT IS FURTHER ORDERED that personnel of the Alameda County Probation Department and Alameda County Information Technology Department are hereby authorized to disclose to Class Counsel, to counsel for defendant ALAMEDA COUNTY and to the duly appointed Claims Administrator in the above action all information set forth in the preceding paragraph in order to provide notice of the settlement to Settlement Class Members, to assist with efforts to update and verify addresses, and to apply the reduction categories set forth in the Stipulation of Settlement and Order for preliminary approval of settlement of class action.  Neither the Claims Administrator, Class Counsel or counsel for defendant ALAMEDA COUNTY shall disclose that information to any third party, save and except to assist with efforts to update and verify addresses in order to provide notice of the settlement to Settlement Class Members.

   IT IS FURTHER ORDERED that any access by personnel of the Alameda County Probation Department and Alameda County Information Technology Department to the records in databases of criminal histories of individuals maintained by the Probation Department and the provision of information acquired from such access to the Claims Administrator, Class Counsel or counsel for defendant ALAMEDA COUNTY pursuant to this order shall not be a violation of California Welfare and Institutions Code § 827, et seq., the constitutional or statutory right to privacy of Settlement Class Members or any other provision of law which would otherwise deem that information privileged and

1 | confidential.

2 |     IT IS SO ORDERED.

3 | DATED: _August 28, 2008_

4 | HON. MAXINE M. CHESNEY
5 | JUDGE OF THE UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

3